Form 210A (10/06)

# United States Bankruptcy Court
## MIDDLE DISTRICT of GEORGIA

In re
Daniel P. Klingeman

Chapter   13
Case No. 08-70123

### JOINT NOTICE OF TRANSFER OF CLAIM FOR OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111 (a).  Transferee hereby gives notice pursuant to Rule 3001 (e) (2), FRBP to the transfer, other than for security, of the claim referenced in this notice.

| eCAST Settlement Corporation | HSBC Bank Nevada, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to                  Court Claim # (if known):      6
Transferee should be sent:                                     Amount of Claim:                 6719.84
                                                                                  Date Claim Filed:                04/15/2008
eCAST Settlement Corporation                            Amended Claim #:
C/O Bass & Associates, P.C.                                  Amended Date Claim Filed:
3936 E. Ft. Lowell Rd.
Tucson, AZ 85712                                                  Name and Current Address of Transferor
Telephone: (520) 577-1544 (Servicer)                       HSBC Bank Nevada, N.A.
                                                                                     C/O Bass & Associates, P.C.
                                                                                     3936 E. Ft. Lowell Rd.
                                                                                     Tucson, AZ 85712
Last Four Digits of Account #   ************6316
                                                                          Telephone: (520) 577 - 1544
Name and Address where transferee payments
should be sent (if different from above):                 Last Four Digits of Account #:   ************6316
eCAST Settlement Corporation
PO Box 7247-6971
Philadelphia, PA. 19170-6971

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/  Patti H. Bass                                              Date:    07/19/2008
         Patti H. Bass, Esq. (AZ 016849)
         Attorney for Creditor
         Bass & Associates, P.C.
         3936 E Ft Lowell Rd, Suite 200
         Tucson, AZ 85712
         (520) 577-1544
         ecf@bass-associates.com

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.



## [ON SELLER LETTERHEAD]

## Exhibit 6

## ASSIGNMENT OF ACCOUNTS

HSBC Private Label Acquisition Corporation (USA), HSBC Bank Nevada, N.A., and HSBC Retail Credit (USA) Inc., ("Seller"), for value received, without recourse, transfers, sells, assigns, conveys, grants and delivers to eCast Settlement Corporation ("Buyer"), upon each Funding Date (as defined in the Agreement for the Sale and Purchase of Forward Flow Bankruptcy Receivables dated as of April 17, 2003, as amended between Seller and Buyer ("Agreement"), all right, title and interest in and to certain consumer credit accounts ("Accounts"), as such are further described in the Agreement, purchased on the related Funding Date and all proceeds of such Accounts after the applicable Cut-Off Date, as further described in the Purchase Agreement.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of each of the Accounts, and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2), or otherwise.

Dated: 3/27/08

HSBC PRIVATE LABEL ACQUISITION
CORPORATION (USA)

By: _____
Marcelo Aita
Vice President

HSBC BANK NEVADA, N.A.

By: _____
Marcelo Aita
Vice President

HSBC RETAIL CREDIT (USA) INC.

By: _____
Marcelo Aita
Director of Collections

**HSBC Retail Services**
90 Christiana Road, New Castle, DE 19720

